UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60843-CIV-ZLOCH

I-LIGHTER, INC.,

    Plaintiff,

vs.                            **FINAL JUDGMENT**

E-Z MEDIA, INC., and GEORGE GARCY,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Motion For Entry Of Final Judgment (DE 56) filed herein by all Parties. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Plaintiff i-Lighter, Inc. filed an Amended Complaint (DE 31) alleging that Defendant E-Z Media, Inc. breached a Stock Subscription Agreement previously executed by the Parties. Plaintiff also seeks damages from Defendant George Garcy, principal of Defendant E-Z Media, Inc. By the instant Motion (DE 56), the Parties have notified the Court that they have settled this matter and consent to the entry of this Final Judgment.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff i-Lighter, Inc. and against Defendants E-Z Media, Inc. and George Garcy;

2. Plaintiff i-Lighter, Inc. does have and recover from Defendants E-Z Media, Inc. and George Garcy the sum of One Million, One Hundred Thousand Dollars ($1,100,000.00) together with interest thereon at a rate of 2.35% per annum, for all of which let execution issue; and

3. To the extent not otherwise disposed of herein, all pending Motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    15th    day of July, 2008.

                                              _____
                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

All Counsel of Record